RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
DISTRICT ALA

| | |
|---|---|
| KARYN GIBSON-LEDFORD and<br>KARYN GIBSON-LEDFORD as natural<br>mother, custodial parent, and next friend<br>of M████ L███████, a minor, | )<br>)<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| vs. | ) |
| JAMES ALBERT WHITMAN, | )<br>) |
| *Defendant.* | ) |

CIVIL ACTION NO.:
1:15-CV-00183

JURY TRIAL DEMANDED

## COMPLAINT

COME NOW the Plaintiffs in the above-styled cause, **KARYN GIBSON-LEDFORD** and **KARYN GIBSON-LEDFORD as natural mother, custodial parent, and next friend of M████ L███████, a minor**, and as a basis for the relief hereinafter demanded, say as follows; to-wit:

## I. PARTIES

1.    **KARYN GIBSON-LEDFORD** is an individual over the age of majority and at all times relevant to the allegations made in this Complaint was a citizen of Cottondale, Jackson County, Florida.

2.    **KARYN GIBSON-LEDFORD, AS NATURAL MOTHER, CUSTODIAL PARENT, AND NEXT FRIEND OF M████ L███████, A MINOR**, is an individual over the age of nineteen years whose minor child, **MADISON**

1

LEDFORD, sustained injuries and damages as a proximate result of the accident referenced herein and who incurred medical bills for treatment of her minor child's injuries sustained in the accident at issue. M█████L█████was at all times relevant to the allegations made in the Complaint a citizen and resident of Cottondale, Jackson County, Florida.

3.      Defendant, **JAMES ALBERT WHITMAN**, is an individual over the age of majority and at all times material to the allegations made in the Complaint was a citizen of Ozark, Dale County, Alabama.

## II. JURISDICTION AND VENUE

4.      This Court has jurisdiction of this cause pursuant to 28 U.S.C. §1332(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is a dispute between citizens of different States.

5.      Venue is proper in the Middle District of Alabama, Southern Division, pursuant to 28 U.S.C. §1391(a) as a substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred in Dothan, Houston County, Alabama within this district.

## III. NATURE OF THE ACTION

6.      This is an action for personal injury damages and medical bills, past and future, suffered or incurred by the Plaintiffs, **KARYN GIBSON-LEDFORD and KARYN GIBSON-LEDFORD, AS NATURAL MOTHER, CUSTODIAL PARENT, AND NEXT FRIEND OF M█████L█████, A MINOR**, which said damages proximately resulted from a motor vehicle accident that occurred on March 21, 2014 on

the Ross Clark Circle at or near the intersection of South Park Avenue in Dothan, Houston County, Alabama. Plaintiffs seek compensatory and punitive damages.

### IV. COUNT ONE

7.    Plaintiff, **KARYN GIBSON-LEDFORD**, adopts and incorporates paragraphs one (1) through six (6) of this Complaint as if fully set out herein.

8.    On March 21, 2014, the Plaintiff, **KARYN GIBSON-LEDFORD**, was operating a 1996 Toyota Land Cruiser on the Ross Clark Circle at or near the intersection of South Park Avenue in Dothan, Houston County, Alabama. The Ross Clark Circle is a public highway in Dothan, Alabama.

9.    At the aforesaid time and place, the Plaintiff, **KARYN GIBSON-LEDFORD**, was injured when the vehicle that she was operating was rear-ended by a 2006 Chevrolet Silverado towing a utility trailer being operated by Defendant, **JAMES ALBERT WHITMAN**. The force of the rear-end collision was such that it drove the Plaintiff's vehicle through the median, across the opposite lanes of traffic, and onto the shoulder of the road. The force of the impact proximately resulted in the total destruction of the Plaintiff's 1996 Toyota Land Cruiser.

10.    On said date and at said place, the Defendant, **JAMES ALBERT WHITMAN**, so negligently, willfully, and/or wantonly operated his 2006 Chevrolet Silverado motor vehicle so as to cause or allow it to rear-end, run into, upon, or against the vehicle being operated by the Plaintiff, **KARYN GIBSON-LEDFORD**, and such

3

negligent and/or wrongful conduct was a proximate cause of the Plaintiff's, **KARYN GIBSON-LEDFORD'S**, injuries and damages hereinafter described.

11. Plaintiff, **KARYN GIBSON-LEDFORD**, avers that the above-described negligence, willfulness, and/or wantonness, of the Defendant, **JAMES ALBERT WHITMAN**, proximately caused the Plaintiff, **KARYN GIBSON-LEDFORD**, to suffer the following injuries and damages; to-wit:

Plaintiff, Karyn Gibson-Ledford, sustained serious and severe injuries to her body and/or suffered the aggravation or exacerbation of a pre-existing condition. Plaintiff was caused to undergo medical treatment in and about an effort to cure her injuries and damages; and, as a result of her injuries will be caused to undergo doctor, hospital and medical treatment in the future. She has suffered and continues to suffer great physical pain and mental anguish and will so suffer in the future; she has been caused to suffer much mental and emotional strain and will so suffer in the future; she has sustained a permanent partial disability and impairment to her body as a result of her injuries. Plaintiff was permanently injured and damaged as a result of her injuries and will remain permanently injured in the future; and, was otherwise injured and damaged. Plaintiff has been caused to expend great sums of money for doctor, hospital, drug and therapy treatment in and about an effort to cure her injuries and damages and upon information and belief will be caused to expend great sums of money in the future for hospital, doctor, drug and therapy treatment and is entitled to recover the same. Plaintiff, Karyn Gibson-Ledford, seeks compensation for all of her hereinabove enumerated personal injuries and damages.

**WHEREFORE**, Plaintiff, **KARYN GIBSON-LEDFORD**, demands judgment against the Defendant, **JAMES ALBERT WHITMAN**, for compensatory and punitive damages in such amount as the jury may assess, plus costs.

### V. COUNT TWO

12. Plaintiff, **KARYN GIBSON-LEDFORD, AS NATURAL MOTHER, CUSTODIAL PARENT, AND NEXT FRIEND OF M███████ L███████**, A

**MINOR**, adopts and incorporates paragraphs one (1) through eleven (11) of this Complaint as if fully set out herein.

13.    On March 21, 2014, Plaintiff, **KARYN GIBSON-LEDFORD'S** minor child, M███████ L████████, was an occupant in the 1996 Toyota Land Cruiser being operated by her mother, Plaintiff, **KARYN GIBSON-LEDFORD**.

14.    At the aforesaid time and place, the Plaintiff, M███████ L████████, was injured when the vehicle that she was occupying was rear-ended by the 2006 Chevrolet Silverado motor vehicle being operated by Defendant, **JAMES ALBERT WHITMAN**.

15.    On said date and at said place, Defendant, **JAMES ALBERT WHITMAN**, so negligently, willfully, and/or wantonly operated his vehicle so as to cause or allow it to rear-end, run into, upon, or against the vehicle being occupied by Plaintiff, M███████ L████████, a minor, and such negligent, willful, and/or wanton conduct was a proximate cause of Plaintiff's minor child's injuries and damages hereinafter described.

16.    Plaintiffs allege that the injuries and damages hereinafter described proximately resulted from the inattention, violation of the rules of the road, and/or negligent, willful, and/or wanton conduct of Defendant, **JAMES ALBERT WHITMAN**.

17.    Plaintiff, **KARYN GIBSON-LEDFORD, AS NATURAL MOTHER, CUSTODIAL PARENT, AND NEXT FRIEND OF** M███████ L████████**, A MINOR**, avers that the above-described wrongful conduct of Defendant, **JAMES ALBERT WHITMAN**, proximately caused Plaintiffs to suffer the following injuries and damages; to-wit:

Plaintiff's minor child, M█████ L█████, sustained serious and severe injuries to her body. Plaintiff's minor child was caused to undergo medical treatment in and about an effort to cure her injuries and damages; and, as a result of said minor child's injuries she will be caused to undergo doctor, hospital and medical treatment in the future. Said minor child has suffered and continues to suffer great physical pain and mental anguish and will so suffer in the future; she has been caused to suffer much mental and emotional strain and will so suffer in the future. Plaintiff, Karyn Gibson-Ledford, has been caused to expend great sums of money for doctor, hospital, drug, and therapy treatment in and about an effort to cure her minor child's injuries and damages and upon information and belief she will be caused to expend great sums of money in the future for hospital, doctor, drug and therapy treatment for her minor child and is entitled to recover for the same. The Plaintiff seeks compensation for all the hereinabove enumerated compensatory injuries and damages, past and future.

**WHEREFORE**, Plaintiff, **KARYN GIBSON-LEDFORD**, individually, and as natural mother, custodial parent, and next friend of M█████ L█████, a minor, demands judgment against Defendant, **JAMES ALBERT WHITMAN**, for compensatory and punitive damages in such amount as the jury may assess, plus costs.

Respectfully submitted,

Rufus R. Smith, Jr. (SMI060)
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959 Phone
(334) 671-7957 Fax
rufusrsmith@yahoo.com

6

## JURY DEMAND

**Plaintiffs demand a jury trial on all issues in this action.**

_____
Rufus R. Smith, Jr. (SMI060)
Attorney for Plaintiff

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Plaintiffs request service of the Summons and Complaint on Defendant by certified mail.

_____
Of Counsel

## SERVE DEFENDANT BY CERTIFIED MAIL AT:

James Albert Whitman
231 County Road 234
Ozark, Alabama 36360

7