```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602036160
Cashier ID: awilliam
Transaction Date: 03/24/2015
Payer Name: RUFUS R SMITH JR
------------------------------------
CIVIL FILING FEE
 For: KARYN GIBSON-LEDFORD
 Amount:         $400.00
------------------------------------
CHECK
 Check/Money Order Num: 14678
 Amt Tendered: $400.00
------------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:      $0.00

1:15-cv-00183-WC

Gibson-Ledford v. Whitman
```